1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114916
   Chief Trial Deputy
3  MARK D. LIPTON, State Bar #152864
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4218
6  Facsimile:     (415) 554-3837
   E-Mail:        mark.lipton@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9  (Erroneously sued as OFFICE OF TREASURER & TAX COLLECTOR
   CITY AND COUNTY OF SAN FRANCISCO)
10

11

12                      UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14  VICTORIA PETERSON,                      Case No. CV 12 0988 SI

15        Plaintiff,                         [PROPOSED] ORDER CONTINUING CASE
                                             MANAGEMENT CONFERENCE
16        vs.

17  OFFICE OF TREASURER & TAX               Date:          September 21, 2012
    COLLECTOR CITY AND COUNTY OF            Time:          2:30 p.m.
18  SAN FRANCISCO; DEBORAH B. HONIG         Place:         Dept. 10, 19th Floor
    (individually),
19
          Defendants.
20

21        GOOD CAUSE APPEARING, Defendant's request to continue the case management

22  conference is GRANTED.  After review of Defendant's e-filed letter dated July 31, 2012 (Document

23  21) stating the circumstances, the case management conference is continued from August 24, 2012 to

24  September 21, 2012.  The joint case management conference statement shall be filed by September

25  10, 2012.

26        DATED: _____8/6/12_____

27                                          _____
                                            HON. SUSAN ILLSTON
28                                          United States District Court Chief Judge

CASE NO. CV 12 0988 SI                      1                    n:\lit\li2012\130026\00789241.doc
[Proposed] Order

**PROOF OF SERVICE**

I, DOROTHY SILVER, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 2, 2012, I served the following document(s):

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

on the following persons at the locations specified:

Victoria Peterson
2 Maynard Street, #4
San Francisco, CA  94112
Telephone:     415-730-6475
*In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service.  **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above.  The fax transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court.**

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 2, 2012, at San Francisco, California.

_____
DOROTHY SILVER

CASE NO. CV 12 0988 SI
[Proposed] Order

2

n:\lit\li2012\130026\00789241.doc