Case 3:12-cv-00988-SI   Document 23   Filed 08/07/12   Page 1 of 2

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114916
Chief Trial Deputy
MARK D. LIPTON, State Bar #152864
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4218
Facsimile:     (415) 554-3837
E-Mail:        mark.lipton@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(Erroneously sued as OFFICE OF TREASURER & TAX COLLECTOR CITY AND COUNTY OF SAN FRANCISCO)

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA PETERSON, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICE OF TREASURER & TAX COLLECTOR CITY AND COUNTY OF SAN FRANCISCO; DEBORAH B. HONIG (individually), <br><br> Defendants. | Case No. CV 12 0988 SI <br><br> [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Date:     September 21, 2012 <br> Time:     2:30 p.m. <br> Place:    Dept. 10, 19th Floor |

GOOD CAUSE APPEARING, Defendant's request to continue the case management conference is GRANTED. After review of Defendant's e-filed letter dated July 31, 2012 (Document 21) stating the circumstances, the case management conference is continued from August 24, 2012 to September 21, 2012. The joint case management conference statement shall be filed by September 10, 2012.

DATED: ___8/6/12___

_Susan Illston_
HON. SUSAN ILLSTON
United States District Court Chief Judge

CASE NO. CV 12 0988 SI
[Proposed] Order                               1                     n:\lit\li2012\130026\00789241.doc

# PROOF OF SERVICE

I, DOROTHY SILVER, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 2, 2012, I served the following document(s):

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

on the following persons at the locations specified:

Victoria Peterson
2 Maynard Street, #4
San Francisco, CA 94112
Telephone:     415-730-6475
*In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL:** Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE:** I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY:** I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE:** Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court.**

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 2, 2012, at San Francisco, California.

_____
DOROTHY SILVER

CASE NO. CV 12 0988 SI                              2                         n:\lit\li2012\130026\00789241.doc
[Proposed] Order