Victoria Peterson
Two Maynard Street #4
San Francisco, CA 94112
415.730.6475
Plaintiff, Pro Se

RECEIVED
2012 AUG 10 P 3: 44

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA

| | |
|---|---|
| VICTORIA PETERSON<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE OF TREASURER & TAX COLLECTOR/CITY AND COUNTY OF SAN FRANCISCO; DEBORAH B. HONIG (individually),<br><br>Defendants. | CASE NO. CV 12 0988 SI<br><br>[PROPOSED] ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS<br><br>Date:  October 5, 2012<br>Time:  9:00 A.M.<br>Judge: Hon. Susan Illston<br>Place: Courtroom No. 10, 19th Floor |

GOOD CAUSE APPEARING, plaintiff's request to continue Defendant's motion to dismiss is GRANTED. After review of plaintiff's letter dated August 3, 2012, stating the circumstances, the defendant's motion to dismiss is continued from September 7, 2012 to October 5, 2012. Plaintiff's opposition and Defendant's reply are due per the Federal Rules of Civil Procedure.

DATED: 8/17/12

HON. SUSAN ILLSTON
United States District Court Judge

CMC continued to same date

Case No. CV 12 0988 SI / [Proposed] Order

VICTORIA L. PETERSON
Two Maynard Street #4
San Francisco, CA 94112-1529 USA
415.730.6475

August 3, 2012

Mark D. Lipton
City and County of San Francisco
1390 Market St., 7th Floor
San Francisco, CA 94102

RE: Peterson v. City and County of San Francisco/Deborah Honig (individually)
United States District Court case number CV 12-0988

Dear Mr. Lipton:

On July 31, 2012, I received a voice mail from you where you requested a Continuance of the Case Management Conference (CMC) hearing, which is currently scheduled for August 24, 2012, at 2:30 PM. In addition, you mentioned that you would like to meet and confer with me about the CMC joint statement, as per the Court rules.

On August 2, 2012, I received two letters from you – one dated July 30, 2012 and the other dated July 31, 2012. In those letters you request a continuance of the CMC hearing, and you discuss your frustration regarding use of my home telephone number: 415.587.8136. In addition, on August 2, 2012, I received your motion to dismiss under Federal Rule of Civil Procedure 12 (b)(6) with a hearing date of September 7, 2012 at 9:00 a.m.

I left a voice mail for you earlier today to discuss all of the above. As I will stipulate to a continuance of the CMC date, if you will stipulate to a continuance of the hearing date for your motion to dismiss. Moreover, I will meet and confer with you on the CMC joint statement. Finally, regarding my telephone number, please refer to the pleadings, where you will find telephone number: 415.730.6475.

I look forward to your reply.

Very truly yours,

Victoria L. Peterson

## PROOF OF SERVICE

Case Name: Victoria Peterson v. Office of the Treasurer & Tax Collector/City & County of San Francisco; Deborah B. Honig (individually)

Case No. CV 12 0988 SI

I certify and declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the within action. My address is: 340 Munich Street San Francisco, CA 94112, which is located in the county where the service described below took place. On the date listed below, I served the following document(s):

1. **[PROPOSED] ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS (AND ONE EXHIBIT – PLAINTIFF'S LETTER OF 8/3/12 TO DEFENDANTS)**

2. **PROOF OF SERVICE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as stated below:

Mark D. Lipton
City and County of San Francisco
1390 Market St., 6th Floor
San Francisco, CA 94102
Telephone: 415.554.4218

[Attorney for Defendants]

[ X ]   (By U.S. Mail) I caused each such envelope to be served by depositing same, with Postage thereon fully prepaid, to be placed in the regular United States Postal Service at San Francisco, California.

[   ]   (By Personal Service) I caused each such envelope to be delivered by hand to the persons named above.

I certify and declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Executed: August 10, 2012        Ross Forman  _signature_
                                 Print name/Signature

1

Case No. CV 12 0988 SI / [Proposed] Order Continuing Defendant's Motion to Dismiss