IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA PETERSON, | No. C 12-00988 SI |
|     Plaintiff, | **ORDER CONTINUING HEARING AND BRIEFING SCHEDULE RE MOTION TO DISMISS COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
|     Defendants. | |

    Plaintiff's request to file a letter to the court under seal is granted. Plaintiff's request for appointment of a "Pro Bono attorney" is denied. Plaintiff's request for a firm chair during court appearances is granted. The Court hereby CONTINUES the hearing on defendants' motion to dismiss and the initial case management conference to **Friday, November 2, 2012** . Plaintiff's opposition to the motion to dismiss must be filed no later than **Friday, October 12, 2012**; and any reply from defendants must be filed no later than **Friday, October 19, 2012**. The Court will not entertain additional requests for extensions to the hearing and briefing schedule.

**IT IS SO ORDERED.**

Dated: September 22, 2012

                                                                  SUSAN ILLSTON
United States District Judge