IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA PETERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>    Defendants.<br>_____/ | No. C 12-00988 SI<br><br>**ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT; VACATING EXISTING DATES** |

On October 30, 2012, the Court dismissed plaintiff's complaint for failure to state a claim with leave to amend her complaint no later than November 19, 2012. On November 19, 2012, plaintiff filed a request for additional time to file her amended complaint due to health concerns. During the pendency of that request, plaintiff filed a second request for additional time due to her need prepare for the February 2013 California Bar Exam. Defendants have opposed plaintiff's request noting that her request is misleading and fails to show good cause. Nevertheless, defendants state that in the event the Court does not dismiss the case, defendants would not seek to impose deadlines that interfere with plaintiff's bar exam preparations. Therefore, for good cause appearing, the Court GRANTS plaintiff's request for an extension to file her amended complaint **no later than April 1, 2013**. The Court will not be inclined to entertain additional requests for extensions of time. Any existing dates are hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 23, 2013

SUSAN ILLSTON
United States District Judge