United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA PETERSON,

      Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

      Defendants.

                       No. C 12-00988 SI

**ORDER DISMISSING CASE**

On October 30, 2012, the Court dismissed plaintiff's complaint for failure to state a claim with leave to amend her complaint no later than November 19, 2012. On November 19, 2012, plaintiff filed a request for additional time to file her amended complaint due to health concerns. During the pendency of that request, plaintiff filed a second request for additional time due to her need prepare for the February 2013 California Bar Exam. Accordingly, the Court granted plaintiff's request for an extension to file her amended complaint until no later than April 1, 2013. In that order, the Court stated that it "will not be inclined to entertain additional requests for extensions of time." Docket No. 43.

Plaintiff has failed to file an amended complaint, which was due over a month ago. She has also not asked for an extension of time.

Accordingly, the case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, and the case management conference scheduled for May 17, 2013 is VACATED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 14, 2013

_____
SUSAN ILLSTON
United States District Judge