IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA PETERSON,      No. C 12-00988 SI

    Plaintiff,     **JUDGMENT**

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

    Defendants.
_____/

    Plaintiff's case has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 14, 2013

SUSAN ILLSTON
United States District Judge